# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ LARA, | Case No.  1:14-cv-00103-LJO-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | AUGUST 31, 2015 DEADLINE |
| DNC PARKS & RESORTS AT TENAYA, INC., | |
| Defendant. | |

On July 28, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1.    All pending matters and dates are VACATED;

2.    The parties shall file dispositional documents on or before August 31, 2015; and

3.    Within ten (10) days of the date of service of this order, each party shall file a consent/decline form indicating whether they consent to magistrate judge jurisdiction for purposes of dismissing the case upon settlement.  If the any party

/ / /

/ / /

/ / /

/ / /

1

does not wish to consent they can advise the court's Courtroom Deputy, Mamie Hernandez of their decision.

IT IS SO ORDERED.

Dated:   **July 29, 2015**

_____
UNITED STATES MAGISTRATE JUDGE