UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ LARA, | NEW CASE NO.  1:14-cv-103-SAB |
| Plaintiff, | ORDER ASSIGNING CASE RE PRESIDING JUDGE |
| v. | |
| DNC PARKS & RESORTS AT TENAYA, INC., | Old Case No.  1:14-cv-103-LJO-SAB |
| Defendant. | |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Magistrate Judge STANLEY A. BOONE as Presiding Judge.  Defendant DNC Parks & Resorts at Tenaya, Inc. filed its notice of consent on July 30, 2015, and Plaintiff Beatriz Lara filed her notice of consent on August 10, 2015, under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.  (Docs. 23, 24.)

All future pleadings shall be numbered as follows:

1:14-cv-103-SAB

**IT IS SO ORDERED**
**Dated: August 11, 2015**

                                          /s/ Lawrence J. O'Neill
                                          **United States District Judge**