# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ LARA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DNC PARKS & RESORTS AT TENAYA, INC.,<br><br>　　　　　Defendant. | Case No. 1:14-cv-00103-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>SEPTEMBER 9, 2015 DEADLINE |

　　　　On July 28, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. Thereafter an order issued on July 29, 2015, requiring the parties to file dispositive documents on or before August 31, 2015. The parties have not filed dispositive documents or otherwise responded to the Court's July 29, 2015 order.

　　　　Accordingly, it is HEREBY ORDERED that:

1. On or before September 9, 2015, Plaintiff shall show cause in writing why this action should not be dismissed for failure to comply with the July 29, 2015 order; and

///

///

///

1

2. Failure to file a response in compliance with this order will result in this action being dismissed for failure to comply with a court order.

IT IS SO ORDERED.

Dated:  **September 2, 2015**

UNITED STATES MAGISTRATE JUDGE