# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ LARA,<br><br>            Plaintiff,<br><br>      v.<br><br>DNC PARKS & RESORTS AT TENAYA, INC.,<br><br>            Defendant. | Case No.  1:14-cv-00103-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO PERSONALLY APPEAR FOR SHOW CAUSE HEARING ON SEPTEMBER 15, 2015 |

On July 28, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Thereafter an order issued on July 29, 2015, requiring the parties to file dispositive documents on or before August 31, 2015.  The parties did dispositive documents or otherwise responded to the Court's July 29, 2015 order.

On September 2, 2015, Plaintiff was ordered to show cause in writing by September 9, 2015, why this action should not be dismissed for failure to comply with the July 29, 2015 order. Plaintiff did not file a response to the September 2, 2015 order.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall personally appear before the undersigned on September 15, 2015 at 3:00 p.m. in Courtroom 9 to show cause why contempt sanctions should not issue for the failure to comply with orders of the Court.

IT IS SO ORDERED.

Dated: **September 10, 2015**

UNITED STATES MAGISTRATE JUDGE