# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ LARA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DNC PARKS & RESORTS AT TENAYA, INC.,<br><br>　　　　　Defendant. | Case No. 1:14-cv-00103-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF AND COUNSEL TO PERSONALLY APPEAR FOR SHOW CAUSE HEARING ON SEPTEMBER 22, 2015<br><br>(ECF No. 27) |

On July 28, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. Thereafter an order issued on July 29, 2015, requiring the parties to file dispositive documents on or before August 31, 2015. The parties did not file dispositive documents or otherwise responded to the Court's July 29, 2015 order.

On September 2, 2015, Plaintiff was ordered to show cause in writing by September 9, 2015, why this action should not be dismissed for failure to comply with the July 29, 2015 order. Plaintiff did not file a response to the September 2, 2015 order. On September 10, 2015 an order issued requiring Plaintiff to appear on September 15, 2015 to show cause why contempt sanctions should not issue for the failure to comply with orders of the Court.

A show cause hearing was held on September 15, 2015 at 3:00 p.m. in Courtroom 9. Plaintiff failed to appear at the show cause hearing. Accordingly, the Court issues sanctions as

set forth below.

**I.**

**DISCUSSION**

"Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. The Court possesses inherent authority to impose sanctions to manage its own affairs so as to achieve the orderly and expeditious disposition of cases. Chambers v. NASCO, Inc., 501 U.S. 32, 43 (1991).

In order to compensate the Court for the time and resources wasted on this matter, including the time spent issuing multiple orders arising from the failure to comply with the July 29, 2015 Order and the time spent holding a show cause hearing where Plaintiff failed to appear, the Court will sanction Plaintiff in the amount of $100.00, payable to the Clerk of the Court.

In order to coerce Plaintiff to comply with the Court's orders, the Court will issue additional sanctions at a rate of $100 per day for every day Plaintiff fails to respond to the Court's orders to show cause. See Lasar v. Ford Motor Co., 399 F.3d 1101, 1110 (9th Cir. 2005) (discussing court's authority to impose civil sanctions "intended to be remedial by coercing the defendant to do what he had refused to do."). These daily sanctions will cease accumulating if and when Plaintiff files a written response explaining her failure to comply with the Court's prior orders.

Finally, the Court sets a further show cause hearing on Tuesday, September 22, 2015 at 9:15 a.m. Both Plaintiff and her attorney shall be required to appear at the show cause hearing in person. Plaintiff is forewarned that failure to appear at the show cause hearing will result in further sanctions, including revocation of Plaintiff's attorney's admission to practice in this district. See Chambers, 501 U.S. at 43.

**III.**

**CONCLUSION AND ORDER**

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff and her attorney are sanctioned in the amount of $100.00 for their failure

        to comply with the Court's orders and failure to appear at the September 15, 2015 show cause hearing;

2. Plaintiff and her attorney shall be sanctioned $100.00 per day, starting on September 15, 2015, for every day Plaintiff fails to file a written response to the Court's orders to show cause;

3. Plaintiff and her attorney shall appear in person for a show cause hearing on Tuesday, September 22, 2015 at 9:15 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone; and

4. The Clerk of the Court is directed to mail a copy of this order to Plaintiff's attorney at the following address:

> Milton Greg Mullanax
> Law Office of M. Greg Mullanax
> 2140 N. Winery Ave., Suite 101
> Fresno, CA 93703
> greg@lawmgm.com.

IT IS SO ORDERED.

Dated: **September 15, 2015**

UNITED STATES MAGISTRATE JUDGE

3