# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ LARA,<br><br>            Plaintiff,<br><br>    v.<br><br>DNC PARKS & RESORTS AT TENAYA, INC.,<br><br>            Defendant. | Case No.  1:14-cv-00103-SAB<br><br>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) AND DIRECTING THE CLERK OF THE COURT TO CLOSE THE ACTION<br><br>(ECF No. 33) |

On July 28, 2015, Plaintiff, Beatriz Lara, filed a notice of settlement.  On September 28, 2015, Plaintiff filed a notice of voluntary dismissal.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED WITH PREJUDICE in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(2);
2. Each party shall bear his or its own attorneys' fees and costs;
3. All pending motions are terminated; and
4. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  **September 29, 2015**

UNITED STATES MAGISTRATE JUDGE

1